# Commonwealth, ex rel., v. McCullen.

Argued June 27, 1913.   Miscellaneous Docket (No. 2), No. 622.   Quo warranto by Commonwealth of Pennsylvania, ex rel. John C. Bell, Attorney General, v. Jo-

seph P. McCullen.   Before FELL, C. J., BROWN, MESTRE-
ZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ.

Quo warranto proceedings.   Original jurisdiction.

*Charles Biddle* and *M. Hampton Todd,* special counsel
for the Commonwealth.

*John C. Bell,* Attorney General, and *Theodore F. Jen-
kins,* for defendant.

OPINION BY MR. JUSTICE BROWN, July 10, 1913:

And now, to wit, July 10, 1913, after hearing, and
upon due consideration, judgment is entered for the
Commonwealth, for the reasons given in the opinion this
day filed in Commonwealth, ex rel. John C. Bell, At-
torney General, v. Samuel M. Hyneman, 242 Pa. 244;
and it is further ordered and adjudged by the court
that the said Joseph P. McCullen be and he is hereby
ousted from the office of judge of the Court of Common
Pleas No. 4 of the County of Philadelphia, and from the
franchises, fees and emoluments thereof, and that he
pay the costs of this proceeding.